TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00389-CR

Ex parte Gabriel Aguilera, Appellant

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT

NO. 98-248-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

PER CURIAM

Appellant sought a reduction of pretrial bail by writ of habeas corpus. The writ
issued and, after a hearing, relief was denied. This appeal followed.

The Court has been advised that appellant has pleaded guilty to the underlying
offense and been placed on deferred adjudication community supervision. This renders the issue
of pretrial bail moot. We will, therefore, dismiss the appeal.

The appeal is dismissed.

Before Chief Justice Yeakel, Justices Jones and B. A. Smith

Dismissed

Filed: October 29, 1998

Do Not Publish